UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE TASSEFF,

 Plaintiff,           Case No. 3:20-cv-395

vs.

COMMISSIONER OF SOCIAL SECURITY,  District Judge Michael J. Newman

 Defendant.

---

**ORDER: (1) CONSTRUING PLAINTIFF'S REQUEST (DOC. NO. 14) AS A MOTION FOR A 90 DAY STAY; (2) GRANTING THAT MOTION; AND (3) STAYING THE BRIEFING SCHEDULE IN THIS CASE FOR 90 DAYS**

---

  This case is before the Court on Plaintiff's counsel filing a suggestion of death of Plaintiff George Tasseff and requesting that the Court stay the briefing schedule for ninety (90) days. Doc. No. 14. The request is liberally construed as a motion to stay and is well taken and thus **GRANTED**. Pursuant to Fed. R. Civ. P. 25(a)(1), this Court will wait ninety (90) days to allow for any other potential successor or representative to make an appearance and/or file a motion for substitution. If no such filing is made, the Court will consider dismissing the case at that time. The briefing schedule in this case is **STAYED** for ninety (90) days.

  **IT IS SO ORDERED.**


Date: April 7, 2021         s/Michael J. Newman
                  Hon. Michael J. Newman
                  United States District Judge

2